**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

FRANK BRAXTON : CIVIL ACTION
:
v. :
:
PHILADELPHIA DISTRICT :
ATTORNEY, *et al.* : NO.  20-2503

**ORDER**

**AND NOW**, this   29th   day of        December        , 2021, upon consideration of the

Petition for a Writ of Habeas Corpus, the District Attorney's Office of Philadelphia County's

Response, the other documents filed by the parties, and after review of the Report and

Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, is hereby

**ORDERED** that:

1.  The Report and Recommendation is **APPROVED AND ADOPTED**;

2.  The Petition for a Writ of Habeas Corpus is **DISMISSED**, without an evidentiary
    hearing; and

3.  Petitioner has neither shown denial of a federal constitutional right, nor established
    that reasonable jurists would disagree with this court's procedural disposition of his
    claims.  Consequently, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED**.

**BY THE COURT**:

 /s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL